IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUMIN SLAUGHTER,<br>Plaintiff,<br>v.<br>CITY OF PHILADELPHIA, et al.,<br>Defendants. | CIVIL ACTION<br>NO. 25-7049 |

**ORDER**

**AND NOW**, this 20th day of October 2026, upon consideration of Defendants City of Philadelphia, George Pirrone, Richard Harris, Michael Walter, Marvin King, Richard Bova, and John McDermott's Motion to Dismiss (Doc. No. 26), Defendant Lynne Abraham's Motion to Dismiss (Doc. No. 36), Defendant Aaron Booker's Motion to Dismiss (Doc. No. 25), Plaintiff's Responses in Opposition (Doc. Nos. 33, 39), and Defendants' Replies (Doc. Nos. 34, 40), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants City of Philadelphia, Pirrone, Harris, Walter, King, Bova, and McDermott's Motion to Dismiss part of Count II involving the Fourteenth Amendment malicious prosecution claim and Count V in its entirety (Doc. No. 26), Defendant Abraham's Motion to Dismiss Count VI (Doc. No. 36), and Defendant Booker's Motion to Dismiss (Doc. No. 25) are **GRANTED**. Only the claims against Detective Defendants in Counts I, II (the Fourth Amendment malicious prosecution claim), III, IV, VII, and VIII remain in this case.

Detective Defendants shall file an answer to the Amended Complaint by **November 3, 2026**.

BY THE COURT

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.